**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTOPHER TROY MALRAY,     ) NO. CV 09-06560 JSL (SS)
                            )
          Petitioner,   ) **JUDGMENT**
                            )
        v.                )
                            )
DOMINGO URIBE, JR., Acting Warden,)
                            )
          Respondent.   )
_____)

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: March 11, 2010

                        _____
                        J. SPENCER LETTS
                        SENIOR UNITED STATES DISTRICT JUDGE